**SUBT**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHEL FLORES-PAREDES,<br><br>Defendant. | CASE NO: 2:21-CR-00196-RFB-BNW |

## SUBSTITUTION OF ATTORNEY

I, MICHEL FLORES-PAREDES, do hereby appoint and accept the appointment of ROBERT M. DRASKOVICH, as attorney of record in the place and stead of Ryan Helmick, Esq.

DATED this 20 day of October, 2021.

_____
MICHEL FLORES-PAREDES

I, ROBERT M. DRASKOVICH, do hereby accept the substitution of attorney regarding MICHEL FLORES-PAREDES.

DATED this 25 day of October, 2021.

THE DRASKOVICH LAW GROUP

_____
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
Attorney for Defendant

I hereby consent to the foregoing substitution, and hereby release all pleadings and papers I have for MICHEL FLORES-PAREDES.

DATED this 16 day of October, 2021.

_____
Ryan Helmick, Esq.
801 S. Fourth Street
Las Vegas, Nevada 89101

**Order**

**IT IS SO ORDERED**

**DATED:** 1:08 pm, October 27, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2