**SAO**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHEL FLORES-PAREDES,<br><br>  Defendant. | CASE NO.: 2:21-CR-00196-RFB-BNW<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between ROBERT M. DRASKOVICH, ESQ., counsel for Defendant MICHEL FLORES-PAREDES, and MELANEE SMITH, Assistant United States Attorney, counsel for Plaintiff, that Defendant's travel restriction is removed.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant must notify U.S. Pretrial Services prior to traveling.

DATED this 19th day of July, 2022.

/s/ Robert M. Draskovich            /s/ Melanee Smith
_____           _____
ROBERT M. DRASKOVICH, ESQ.          MELANEE SMITH, ESQ.
Nevada Bar No. 6275                 Assistant United States Attorney
815 S. Casino Center Boulevard      501 Las Vegas Boulevard S. #1100
Las Vegas, Nevada 89101             Las Vegas, Nevada 89101
Attorney for Defendant              Attorney for Plaintiff

1

## ORDER

Upon stipulation of counsel and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's travel restriction is removed.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant must notify U.S. Pretrial Services prior to traveling outside Clark County.

DATED AND DONE this 20th day of July 2022.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant

DATED 7-20-2022 _____

2