JASON M. FRIERSON
United States Attorney
Nevada State Bar Number 7709
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-cr-00196-RFB-BNW |
| Plaintiff, | **Stipulation to Continue Sentencing Hearing** |
| vs. | |
| MICHEL FLORES-PAREDES, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Robert Draskovich, esq., counsel for Michel Flores-Paredes, that the Sentencing Hearing currently scheduled for June 13, 2024 at 3:15 p.m. be continued to a date and time after June 17, 2024.

The Stipulation is entered into for the following reasons:

1.  Counsel for the government will be outside the jurisdiction on the currently scheduled date of the hearing.

2.  Defendant needs additional time to determine possible immigration related consequences of sentencing.

3.  The defendant is out of custody and agrees to the continuance.

4.  The parties agree to the continuance.

This is the first stipulation to continue the Sentencing Hearing.

Dated: June 11, 2024

JASON M. FRIERSON
United States Attorney

/s/ Melanee Smith                                    /s/ Robert Draskovich
MELANEE SMITH                              ROBERT DRASKOVICH, esq.
Assistant United States Attorney          Counsel for the Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:21-cr-00196-RFB-BNW |
| Plaintiff, | |
| vs. | |
| MICHEL FLORES-PAREDES, | |
| Defendant. | |

**ORDER**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the government will be outside the jurisdiction on the currently scheduled date of the hearing.

2. Defendant needs additional time to determine possible immigration related consequences of sentencing.

3. The defendant is out of custody and agrees to the continuance.

4. The parties agree to the continuance.

IT IS THEREFORE ORDERED that the Sentencing scheduled for June 13, 2024 be VACATED and reset to June 25, 2024 at 10:<u>00 a.m.</u>

:

DATED this \_\_\_12\_\_\_ day of June 2024.

_____
UNITED STATES DISTRICT JUDGE

1